JAN P. WEIR, STATE BAR NO. 106652
jweir@sycr.com
STEVEN M. HANLE, STATE BAR NO. 168876
shanle@sycr.com
JENNIFER A. TRUSSO, STATE BAR NO. 198579
jtrusso@sycr.com
MONIQUE M. HEYNINCK, STATE BAR NO. 220622
mheyninck@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Fax: (949) 725-4100

Attorneys for Defendant
KAENON, INC.

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGER MFG. CO., dba Younger Optics, a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KAENON, INC., a Delaware Corporation, KAENON, LLC, a California Limited Liability Company, and DOES 1-50,<br><br>    Defendant. | Case No. CV 07-3188 PA (RCx)<br><br>Hon. Percy Anderson<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>Trial Date: March 25, 2008<br>Fact Discovery Cut-off: Jan. 14, 2008 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

--

DOCSOC/1270654v1/014645-0003

1     Pursuant to the parties' stipulation, the claims of Younger Mfg. Co. in the
2 above-captioned action are hereby dismissed with prejudice pursuant to Federal
3 Rule of Civil Procedure 41. Kaenon's counterclaim is dismissed as being moot.
4 The parties shall bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 10, 2008

_____
Hon. Percy Anderson
United States District Court Judge

-1-

DOCSOC/1270654v1/014645-0003