FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY

1  JAN P. WEIR, STATE BAR NO. 106652
   jweir@sycr.com
2  STEVEN M. HANLE, STATE BAR NO. 168876
   shanle@sycr.com
3  JENNIFER A. TRUSSO, STATE BAR NO.198579
   jtrusso@sycr.com
4  MONIQUE M. HEYNINCK, STATE BAR NO. 220622
   mheyninck@sycr.com
5  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
6  Newport Beach, CA  92660-6422
   Telephone:(949) 725-4000
7  Fax:(949) 725-4100

8  Attorneys for Defendant
   KAENON, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YOUNGER MFG. CO., dba Younger Optics, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAENON, INC., a Delaware Corporation, KAENON, LLC, a California Limited Liability Company, and DOES 1-50,<br><br>Defendant. | Case No. CV 07-3188 PA (RCx)<br><br>Hon. Percy Anderson<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Trial Date: March 25, 2008<br>Fact Discovery Cut-off: Jan. 14, 2008 |
|---|---|

--

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DOCSOC/1270654v1/014645-0003

Pursuant to the parties' stipulation, the claims of Younger Mfg. Co. in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. Kaenon's counterclaim is dismissed as being moot. The parties shall bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 10, 2008

_____
Hon. Percy Anderson
United States District Court Judge

-1-